UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Kirk Wayne McBride, Sr., | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. C-05-534 |
| | § | |
| Doug Dretke, | § | |
|     Respondent. | § | |

## MEMORANDUM OPINION AND ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

On June 15, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 28). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, petitioner's motion for relief from judgment (D.E. 25) is denied.

ORDERED this    10    day of    August   , 2006.

                                                                    _____
                                                                    HAYDEN HEAD
                                                                    CHIEF JUDGE